UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : MAGISTRATE NO. 26-mj-1 (MJS) |
| v. | : VIOLATIONS: |
| ROCKY LEE BROWN, | : 18 U.S.C. § 922(g)(1) |
| Defendant. | : (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 29, 2025, within the District of Columbia, **ROCKY LEE BROWN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in U.S. District Court for the District of Columbia Case No. 1-cr-272 (CKK), as well as Superior Court for the District of Columbia Case No. 2003-FEL-007087, did unlawfully and knowingly possess a firearm, that is, an SCCY CPX-1 9mm caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm caliber rounds, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, **ROCKY LEE BROWN** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

A TRUE BILL:

By: *Colleen D Kukowski*
COLLEEN KUKOWSKI
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.